#300008822

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 0 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# UNITED STATES DISTRICT COURT
## OF NORTHERN DISTRICT OF TEXAS
### AT DALLAS

Mawule Tepe,

        Plaintiff,

vs.

INTERNAL REVENUE SERVICE,

UNITED STATES,

        Defendants.

Case No.

DAMAGE CLAIMS
- Bivens Claims,
- 4th Amendment Violation,
- 5th Amendment Violation,
- 9th Amendment Violation;
- Abuses of Process

DEMAND OF JURY TRIAL

**COMPLAINT**   **3-23CV2568-K**

## I.  INTRODUCTION

**1**      Plaintiff, Mawule Tepe (Plaintiff), files this complaint (1) to have his 2022 Income Tax refunded, (2) to have the installment related to Whirlpool Corporation's fraudulent disclosure cancelled, and (3) to recover damages resulting from IRS' unlawful, unconstitutional, and tortious actions. It was more than 6 months when Plaintiff issued the Federal Tort Claim (Damage Claim) Form to IRS for having violated his constitutional Rights under the Fourth and the Fifth Amendment, and IRS failed to answer Plaintiff's requests. Therefore, Plaintiff takes this action to claim his fundamental rights under the 4th, 5th and 9th Amendment. For the reason set forth below, Plaintiff states:

## II.  JURIDICTION AND VENUE

**2**      Pursuant to 28 U.S.C. 1331, the U.S. District Court has a personal and subject matter jurisdiction over claims raise federal questions under U.S. Constitution. The U.S. District court also has concurrent jurisdiction pursuant to 28 USC § 1346 for claims against United States.

**3**      The Venue also is proper in the U.S. District Court for the Northern District of Texas.

## III. PARTIES

**4**      Plaintiff, **Mawule Tepe**, resides at 3403 Peerless RD NW Apt. G, Cleveland, Bradley County, TN, 37312, Telephone number +1 423 994 3805.

**5**      Defendant, **INTERNAL REVENUE SERVICE (IRS)**, 3651 South Interstate 35 Frontage Road, Interregional Hwy, Austin, TX 78741. Telephone number +1 800 829 1040;

**6**      Defendant, **UNITED STATES**, Attorney General Office, PO Box 12548 Austin, TX 78711-2548, Telephone number +1 800-252-8011.

## IV. STATEMENT OF FACTS

**7**      On November 30, 2020, Plaintiff received a Notice CP2000 from IRS that he owed $4,588 related to 2018 Income Tax Return. (See EXHIBIT 1, Page 1). Plaintiff sent at least twice correspondences to IRS and sought time Extension to provide a response.

**8**      On January 3, 2023, Plaintiff received a Tax Delinquency Notice from IRS and Plaintiff was provided an opportunity to Plaintiff to challenge the action. See EXHIBIT 1, Page 2.

**9**      On around March 22, 2022, Plaintiff filed 2018 Income Tax Amendment. IRS approved it and IRS discharged the debt, and sent a confirmation letter to Plaintiff.

**10**      In February 2023, Plaintiff filed his 2022 Income Tax, and he is expected to receive a tax refund of $3,552 in April 2023. However, IRS sent a notice CP3219A to Plaintiff informing him that his 2022 Income Tax refund of $3,552 is deducted from the initial 2018 Tax Debt of $4,588 he owned, and IRS requested Plaintiff to pay immediately a balance of $1,695.95. See EXHIBIT 1, Page 3.

**11**      On around April 2023, Plaintiff reached out to IRS and claimed his 2022 Tax Refund, and sought an explanation of his 2022 Income Tax arbitrary confiscation, and IRS informed Plaintiff

that his account went on audit, and for that reason, his 2022 Income Tax was not disbursed. Plaintiff requested an immediate refund but IRS requested Plaintiff to resend a copy of his 2018 Tax amendment that IRS has already processed and approved.

12      In the same month of April 2023, Plaintiff faxed a copy of his 2018 income Tax Amendment to IRS and mailed a separate copy also to IRS via USPS Certified Mail. However, until now, IRS failed to clear the debt and issue Plaintiff's 2022 Income Tax Refund.

13      Plaintiff wanted to use his 2022 Income Tax Refund as a deposit to purchase a house but due to IRS failure to disburse the refund, Plaintiff was not able to purchase house. Therefore, IRS is liable for its tortious and unconstitutional action. IRS has failed to provide a notice of 2018 Income Tax Audit, and it failed to provide a notice when it reactivated the 2018 Income Tax debt of $4,588. Since the debt was discharged, upon the reactivation of the Debt, IRS should have provided at least a notice, instead confiscating the tax refund.

14      As directly and proximate result of IRS tortious and violation of Plaintiff's fundamental rights, Plaintiff lost the opportunity to purchase house.

15      Furthermore, on December 1, 2020, Whirlpool Corporation sent a mail to Plaintiff (a former employee) asking him to pay back $1,144.91 regarding an alleged wage overpayment. Whirlpool Corporation issued the request without a supporting evidence. It also informed Plaintiff of Tax consequences, if Plaintiff failed to pay it back. See EXHIBIT 2, Page 1-2.

16      On January 30, 2021, for verification purpose, Plaintiff sent a letter to Whirlpool Corporation requesting his personal files such as his login/logout, his Time Card filing payment, and his Paystubs. However, Whirlpool Corporation failed to answer Plaintiff's request. See EXHIBIT 2, Page 3.

17      On March 3, 2023, Plaintiff issued the same demand for the second consecutive time

3

seeking justification. However, Whirlpool Corporation failed to respond to Plaintiff's request for the second time. See EXHIBIT 2, Page 4.

18      Plaintiff was Whirlpool Corporation employee who was wrongfully terminated on September 2, 2020 for retaliatory purposes. As presented, despites the fact that Whirlpool Corporation cannot justify its unlawful wage overpayment's allegation, it made unfounded, baseless and fraudulent disclosure to IRS for extortion and retaliatory purposes.

19      On November 1, 2021, IRS sent an installment notification to Plaintiff, and on November 29, 2021, Plaintiff received another installment fees collection request from IRS, and Plaintiff is requested to pay an installment fees of $126.50 (See EXHIBIT 3). Both IRS letter are related to Whirlpool Corporation wage overpayment allegation. Since Plaintiff is prevented to have access to his personal files, Plaintiff sent a letter to IRS requesting a suspension of any installment fees collection until the legal actions[1] Plaintiff takes against his former employer Whirlpool Corporation is resolved. However, IRS failed to discharge the debt of $126.50.

20      On April 18, 2023, Plaintiff issued 2022 Income Tax Refund Request as well as Federal Torts Damage Claim Form-95 to IRS seeking a compensation of $60,192. See EXHIBIT 4.

21      However, it is more than 6 months, and IRS failed to respond to Plaintiff's 2022 Income Tax Refund Request and the compensation sought by Plaintiff regarding his Federal Torts Damage Claims.

-------------------------------

1   Plaintiff files various employment lawsuits claims against Whirlpool Corporation. See *Mawule Tepe vs. Whirlpool Customer Experience Center case* no: 1:19-cv-00158 and case no: 1:22-cv-00136.

4

22     According to the procedural due process under the 5th Amendment, before auditing Plaintiff's 2018 Income Tax, and before the reactivation of the debt of $4,588, and before the confiscation of Plaintiff's 2022 Income Tax Refund, IRS should have provided a reasonable Notice to Plaintiff, but it failed to do so. The action of IRS is unlawful, arbitrary, and deprived Plaintiff of his Propriety (his 2022 Tax Refund) under the 4th & 5th Amendment without a due process.

24     Since Whirlpool Corporation cannot justify its wage overpayment disclosure to IRS with supporting documents, IRS should have discharged the installment fees of $126.50 against Plaintiff. IRS failure to discharge the debt makes it complicit of the unlawful disclosure. Thus, IRS is liable for harms suffered by Plaintiff.

25     As a direct and proximate result of IRS actions, Plaintiff was unable to purchase house. Plaintiff has engaged expenses in a legal action against Whirlpool Corporation. Plaintiff spent money on mailing and on transport throughout the litigation process.

26     Pursuant to the 4th & 5th Amendment, 26 U.S. Code § 7433 and 28 USC § 1346 United States is vicariously liable for the unconstitutional action of IRS. United negligently failed to police and to monitor the action of IRS. United States should have implement a robust control system in place susceptible to compel IRS not to infringe upon the fundamental rights of Plaintiff. Even if United States claims having some regulations in place, it negligently failed to provide training/re-retain and/or to make a periodic knowledge assessment to IRS' employees as a refreshment to check their level of compliance to regulations.

27     The combination of all above illegal actions of IRS demonstrates its intentional abusive conducts. Defendant IRS' conduct was unreasonable and outrageous and exceed the bound tolerated by decent society, and was willful, malicious, and deliberate to cause Plaintiff to lose a chance to purchase his First House; so as to justify the award of punitive and exemplary damages.

## FIRST CAUSE OF ACTION

*Mawule Tepe vs. IRS*

**Deprivation of Plaintiff's Constitutional Rights of Procedural Due Process. Violation of the Fifth Amendment.**
(NON REFUND OF 2022 INCOME TAX)

**28**        Plaintiff repeats, reiterates, incorporates by reference, and re-alleges each and every allegation of the preceding paragraphs as if set forth herein, verbatim and fully at length set forth here.

**29**        Defendant IRS acted under color of federal law when it failed to provide a reasonable notice to Plaintiff before auditing Plaintiff's 2018 Income Tax, and before the reactivation of the debt of $4,588, and before the confiscation of Plaintiff's 2022 Income Tax Refund; and (2) the [act(s)] or [failure to act] of the defendant deprived the plaintiff of [his] his 2022 Income Tax Refund which is Plaintiff's property under the United States Constitution. No reasonable and fair Notice is provided when Plaintiff's 2022 Income Tax Refund was arbitrary confiscated by IRS.

30      As direct and proximate result of IRS' unconstitutional action, Plaintiff suffered the actual damages as described above.

31      WHEREFORE, Plaintiff demands judgment as hereafter set forth.

## SECOND CAUSE OF ACTION

*Mawule Tepe vs. IRS*

**Deprivation of Plaintiff's Property (2022 Income Tax Refund)- . Violation of the Fifth Amendment.**
(NON REFUND OF 2022 INCOME TAX)

**32**        Plaintiff repeats, reiterates, incorporates by reference, and re-alleges each and every allegation of the preceding paragraphs as if set forth herein, verbatim and fully at length set forth here.

6

**33** Defendant IRS acted under color of federal law when it unlawfully confiscated Plaintiff's 2022 Income Tax Refund; and the [act(s)] or [failure to act] of the defendant deprived the plaintiff of [his] his 2022 Income Tax Refund which is Plaintiff's property under the United States Constitution. No reasonable compensation is provided when Plaintiff's 2022 Income Tax Refund was arbitrary confiscated by IRS.

34 As direct and proximate result of IRS' unconstitutional action, Plaintiff suffered the actual damages as described above.

35 WHEREFORE, Plaintiff demands judgment as hereafter set forth.

## **THIRD CAUSE OF ACTION**

*Mawule Tepe vs. IRS*

### **Unlawful Seizure of Plaintiff's 2022 Income Tax Refund. Violation of the Fourth Amendment.**

**36** Plaintiff repeats, reiterates, incorporates by reference, and re-alleges each and every allegation of the preceding paragraphs as if set forth herein, verbatim and fully at length set forth here.

**37** Defendant IRS acted under color of federal law when it unlawfully seized Plaintiff's 2022 Income Tax Refund; and the [act(s)] or [failure to act] of the defendant deprived the plaintiff of [his] his 2022 Income Tax Refund which is Plaintiff's property under the United States Constitution. No reasonable and fair Notice and/or a compensation is provided when Plaintiff's 2022 Income Tax Refund was arbitrary seized by IRS.

38 As direct and proximate result of IRS' unconstitutional action, Plaintiff suffered the actual damages as described above.

39 WHEREFORE, Plaintiff demands judgment as hereafter set forth.

## FOURTH CAUSE OF ACTION

*Mawule Tepe vs. IRS*

### Unlawful Income Tax Collection Practice. Violation of the Nineth Amendment.

**40**  Plaintiff repeats, reiterates, incorporates by reference, and re-alleges each and every allegation of the preceding paragraphs as if set forth herein, verbatim and fully at length set forth here.

**41**  According to Article 1, Section 9 Clause 4, No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or enumeration herein before directed to be taken.

42  Persons are not the subjects of commerce, and not being imported goods. They cannot fall within the meaning founded upon the constitution, of a power given to congress to regulate commerce, and the prohibition of the goverment for imposing a duty on imported goods. Citing *Ibid; gibbons v. Ogen* 9 Wheat 1; 5 Cond. Rep. 562 Re-read, particularly, Article 1 Section 8.1 and 9.1.

43  Plaintiff Mawule Tepe is a natural person (not an artificial person or entity) who has the natural right to do anything that does not coercively harm others, and the natural right to be free from coercive harm. Natural rights are based on natural moral law, as expressed by the universal ethic. In the Constitution of the United States, the 9th Amendment states, in its entirety, "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." The other rights are common-law and natural rights. Therefore the U.S. Constitution recognizes natural rights. The Supreme Court ruled that rights may not be taxed. Only Privilege can be taxed. Therefore the right to engage in labor should not be taxed.

8

44      Plaintiff believes he should be taxed on his labor which is a natural work and not a privilege. Therefore, Plaintiff respectfully requests the reimbursement of any tax withheld by IRS on his labor since 2009 until now.

45      (1) Defendant IRS acted under color of federal law when it unlawfully collected and withheld Plaintiff's Income Tax since 2009 until now and the [act(s)] or [failure to act] of the defendant deprived the plaintiff of [his] his full revenue or Income of his hard labor from 2009 until now, and those withheld fund or income are Plaintiff's property under the United States Constitution. No reasonable and fair Notice and/or a compensation is provided when Plaintiff's Income Taxes Refund were arbitrary collected and seized by IRS.

46      As direct and proximate result of IRS' unconstitutional action, Plaintiff suffered the actual damages as described above. Plaintiff's Incomes tax refund emanating from of his hard labor of 2009 until now are being withheld unconstitutionally by IRS. Plaintiff believes he deserved a full refund and reimbursement.

47      WHEREFORE, Plaintiff demands judgment as hereafter set forth.

## FIFTH CAUSE OF ACTION

*Mawule Tepe vs. IRS*

### Abuse of Process and/or Abuse of Power

48      Plaintiff repeats, reiterates, incorporates by reference, and re-alleges each and every allegation of the preceding paragraphs as if set forth herein, verbatim and fully at length set forth here.

49      As presented above, IRS used its authority to confiscate, and to seize Plaintiff's 2022 Income Tax Refund of $3,552; besides this, it takes into consideration the unlawful wage overpayment disclosure made by Whirlpool Corporation despite the lack of supporting evidence,

9

and it requested Plaintiff to pay an installment fees of $126.50. This latest unlawful actions show the existence of an ulterior motive to extort Plaintiff's income and revenues in order to make more pecuniary gains for itself. The power given to IRS is limited to collect tax on privileges, and on commerce activities made by artificial entities. IRS is not given a power to infringe upon the constitutional rights of Plaintiff under the 4th, 5th and 9th Amendment.

50     The defendant IRS abusively misused its authority and its proceeding against the plaintiff in unconstitutional and illegal way that injured Plaintiff.

51     The plaintiff suffered damages as a result of the defendant's conduct. As direct and proximate result of IRS' unconstitutional action, Plaintiff suffered the actual damages as described above. Plaintiff's income tax refund of 2022 is arbitrary withheld. Plaintiff's Incomes earned though his hard labor from 2009 until now is being withheld unconstitutionally by IRS. Plaintiff was not able to purchase house. Plaintiff believes he deserved a full refund and reimbursement.

52     WHEREFORE, Plaintiff demands judgment as hereafter set forth.

## FIFTH CAUSE OF ACTION

*Mawule Tepe vs. UNITED STATES*

### Negligence – Violation of Federal Tort Claims Act

53     Plaintiff repeats, reiterates, incorporates by reference, and re-alleges each and every allegation of the preceding paragraphs as if set forth herein, verbatim and fully at length set forth here.

54     Defendant United States owed a duty to the Plaintiff by overseeing the action of IRS to make sure this latest government entity or agency or institution does not infringe upon Plaintiff's fundamental rights. United States should make sure Plaintiff (a U.S. Citizens) receive his income

10

tax refund in timely manner. It should put a regulations and implement a robust management system in place to provide a period retraining to IRS Employees for compliance purposes.

55    However, as presented above, The Defendant United States is believed to havie breached the duty of care that it owes to Plaintiff by not making sure that IRS follow the regulation, and laws and the procedural due process when collecting taxes. Plaintiff believes United States failed to police and to provide a period compliance training to IRS Employees.

56    As direct and proximate result of United States' negligence (the breach of duty of care), Plaintiff suffered the actual damages as described above, and Plaintiff's injury is the result of United States failure to act and to police and to oversee IRS action.

57    WHEREFORE, Plaintiff demands judgment as hereafter set forth.

## SIXTH CAUSE OF ACTION

*Mawule Tepe vs. UNITED STATES*

**Vicarious Liability for: Unauthorized Collection Actions of IRS, and Violation of Plaintiff's 4th, 5th, & 9th Amendment Rights by IRS**

**58**    Plaintiff repeats, reiterates, incorporates by reference, and re-alleges each and every allegation of the preceding paragraphs as if set forth herein, verbatim and fully at length set forth here.

**59**    At this stage, IRS is believed to be a branch or an Institution of United States, and IRS Employees are Federal Employees, and the action of Federal employees is a full responsibility of United States. Therefore, United States has a direct responsibility of any action undertaken by IRS; thus there is a direct supervisory and subordinate relationship between United States and IRS.

**60**    As presented above, IRS used its authority to confiscate, and to seize Plaintiff's 2022 Income Tax Refund of $3,552; besides this, it takes into consideration the unlawful wage

11

overpayment disclosure made by Whirlpool Corporation despite the lack of supporting evidence, and it requested Plaintiff to pay an installment fees of $126.50. This latest unlawful actions show the existence of an ulterior motive to extort Plaintiff's income tax and revenues in order to make more pecuniary gains for itself and for the United States. The power given to IRS is limited to collect tax on privileges, and on commerce activities made by artificial entities. IRS is not given a power to infringe upon the constitutional rights of Plaintiff.

61      As presented Defendant IRS acted under color of federal law when it unlawfully seized Plaintiff's 2022 Income Tax Refund; and the [act(s)] or [failure to act] of the defendant deprived the plaintiff of [his] his 2022 Income Tax Refund which is Plaintiff's property under the United States Constitution. No reasonable and fair Notice and/or a compensation is provided when Plaintiff's 2022 Income Tax Refund was arbitrary seized by IRS. The defendant abusively misused its authority and its proceeding against the plaintiff in unconstitutional and illegal way that injured Plaintiff.

62      The plaintiff suffered damages as a result of the defendant's conduct. As direct and proximate result of IRS' unconstitutional action, Plaintiff suffered the actual damages as described above. Plaintiff's income tax refund of 2022 is arbitrary withheld. Plaintiff's Incomes earned though his hard labor from 2009 until now is being withheld unconstitutionally by IRS. Plaintiff was not able to purchase house. Plaintiff believes he deserved a full refund and reimbursement.

63      United States is vicariously liable for the unconstitutional actions IRS.

64      WHEREFORE, Plaintiff demands judgment as hereafter set forth.

## V.   PRAYER FOR RELIEF

1. An order requesting IRS to issue Plaintiff's 2022 Income Tax of $3,552;

2. An order discharging the Debt of $4,588;

12

3. Due to the lack of supporting evidence regarding the wage overpayment allegation of Whirlpool Corporation, and seeing that IRS also lacks substantial proof to support its installment fees collection of $126.50 in this matter, Plaintiff respectfully request an Order discharging the Debt of $126.50;

4. A Full Refund of any Tax withheld by IRS from 2009 until now under the 9th Amendment;

5. Damages to full extent for Violation of Plaintiff's Constitutional Rights;

6. Damages to full extent under the common law violation;

7. An Order prohibiting defendants from collecting Income Taxes from Plaintiff moving forward;

8. Punitive Damage based on the willful, wanton, and intentional nature of the conduct of the Defendant IRS;

9. Damages to the fullest extent for Plaintiff's pain and suffering;

10. Pre-judgment and post-judgment interest, and all expenses that Plaintiff made litigating,

11. Award all other relief to Plaintiffs that the court deems just, equitable, and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all causes of action and claims to which he has a right to a jury trial. Plaintiff hereby certifies under penalty of perjury that the above complaint is true to the best of his information knowledge and belief. The damages caused by Defendants are well in excess of the minimum subject matter jurisdictional amount of this Court, and will be demonstrated according to proof at the trial.

Dated: November 16, 2023

Respectfully submitted,

Mawule TEPE

# EXHIBIT 1



Department of the Treasury
Internal Revenue Service
PO BOX 621505
ATLANTA GA 30362-1505

| Notice | CP2000 |
|---|---|
| Tax year | 2018 |
| Notice date | November 30, 2020 |
| Social Security number | |
| AUR control number | |
| To contact us | Phone 1-800-829-8310 |
| | Fax 1-877-477-0967 |

Page 1 of 9

049590.291309.4996.17627 2 MB 0.439 1274

MAWULE A TEPE
3403 PEERLESS RD NW APT G
CLEVELAND TN 37312-3432



049590

We are proposing changes to your 2018 Form 1040 tax return. This is not a bill.

# Proposed amount due: $4,588

We received information from third parties such as employers or financial institutions that doesn't match the information you reported on your tax return. This notice:

- Proposes a change to tax and/or payments and credits (such as federal income tax withheld, earned income credit, etc.) that you originally reported.
- Provides you with an opportunity to agree or disagree with the proposed changes.

If our information is correct, you will owe $4,588 (including interest), which you need to pay by December 30, 2020.

## Summary of proposed changes

| | |
|---|---|
| Tax you owe | $4,246 |
| Payments | $0 |
| Interest | $342 |
| **Proposed amount due by December 30, 2020** | **$4,588** |

Reminder: This is not a bill. We haven't charged the proposed amount due.

---

## What you need to do immediately

If you need more time to respond to this notice, contact us at 1-800-829-8310. Interest will continue to accrue during this period if the information in this notice is correct.

Review this notice, and compare our changes to the information on your 2018 tax return.

**If you agree with the proposed changes**

- Complete, sign, and date the Response form on Page 7 (**we require both spouses' signatures if you filed married filing jointly**), and mail it to us along with your payment of $4,588 so we receive it by December 30, 2020.
- **Do not file an amended return (Form 1040X) if you fully agree with our changes**. We'll make the correction when we receive your signed response.

**If you don't agree with the proposed changes**

- Complete the Response form on Page 7, and send it to us along with a signed statement explaining your disagreement and include any documentation that supports your claim so we receive it by December 30, 2020.
- If you have allowable costs or expenses related to the unreported income that will change our proposal, it may benefit you to include the applicable form or schedule with your response.

Continued on back...



Department of the Treasury
Internal Revenue Service
PO BOX 621505
ATLANTA GA 30362-1505



9307 1107 5660 8446 5408 86

030637.401530.484632.29640 2 AB 0.461 1176

MAWULE A TEPE
3403 PEERLESS RD NW APT G
CLEVELAND TN 37312-3432

030637

| | |
|---|---|
| Notice | CP3219A |
| Tax year | 2018 |
| Notice date | January 3, 2022 |
| Social Security number | XXX-XX- |
| AUR control number | 70081-1679 |
| To contact us | Phone 1-800-829-8310<br>Fax 1-877-477-0967 |
| Last date to petition Tax Court | April 4, 2022 |
| Page 1 of 10 | |



*66740517720181*

# Notice of Deficiency
# Proposed increase in tax and notice of your right to challenge

We determined there is a deficiency (increase) in your 2018 income tax based on information we received from third parties (such as employers or financial institutions) that doesn't match the information you reported on your tax return. See below for an explanation of how we calculated this increase. This letter is your NOTICE OF DEFICIENCY, as required by law.

## Summary of proposed changes

Increase in tax (deficiency)                  $4,246

**If you disagree:**
You have the right to challenge this determination in U.S. Tax Court. If you choose to do so, you must file your petition with the Tax Court by April 4, 2022. This date can't be extended. **See below for details about how and where to file a petition.**

**If you agree:**
You can pay now or receive a bill. **See the section below titled "If you agree with the proposed changes, you can pay now or receive a bill."**

**If you want to resolve this matter with the IRS**
You may be able to resolve this matter without going to the U.S. Tax Court if you contact us directly. **See the "You may be able to resolve your dispute with the IRS" section below.**

**If you want assistance**
You may be able to receive assistance from a Low-Income Taxpayer Clinic or from the Taxpayer Advocate Service. **See the "Additional Information" section below.**

## You have the right to petition the Tax Court

You have the right to challenge our deficiency determination, including penalties, before making any payment by filing a petition with the U.S. Tax Court. You must file your petition within **90 days** (or **150 days** if the notice is addressed to a person outside of the United States) from the date of this letter, which is **April 4, 2022.** The Tax Court can't consider your case if you file the petition late. If you decide to file a petition, send it to:

United States Tax Court
400 Second Street, NW
Washington, DC 20217
Phone: (202) 521-0700

Continued on back



Department of the Treasury
Internal Revenue Service
Stop 6525 (SP CIS)
Kansas City MO 64999-0025

| Notice | CP49 |
|---|---|
| Tax Year | 2022 |
| Notice date | April 3, 2023 |
| Social Security number | |
| To contact us | 800-829-8374 |
| Your Caller ID | 917089 |
| Page 1 of 3 | 9H |



212900.507129.366893.8621 1 AB 0.507 532



MAWULE A TEPE
3403 PEERLESS RD NW APT G
CLEVELAND TN 37312-3432

212900

## We applied your 2022 Form 1040 overpayment to an unpaid balance

# Amount due immediately: $1,695.95

We applied $3,552.00 of your 2022 Form 1040 overpayment to an amount owed for 2018.

As a result, the amount you owe for December 31, 2018 is $1,695.95.

If you already have an installment or payment agreement in place for this tax year, then continue with that agreement.

### Billing Summary

| | |
|---|---:|
| Overpayment for 2022 | -$3,552.00 |
| Amount applied to tax owed for 2018 | 3,552.00 |
| Remaining balance for 2018 | 1,695.95 |
| **Amount due immediately** | **$1,695.95** |

Continued on back...

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



MAWULE A TEPE
3403 PEERLESS RD NW APT G
CLEVELAND TN 37312-3432

| Notice | CP49 |
|---|---|
| Notice date | April 3, 2023 |
| Social Security number | |



# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2018), and the form number (1040) on your payment and any correspondence.

| Amount due | $1,695.95 |
|---|---|

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0150

# EXHIBIT 2



December 1, 2020

Mawule Tepe

3403 Peerless Rd NW Apt G
Cleveland, TN 37312

RE: Overpayment HRC0786446:

Dear Mawule,

Our records indicate you received an overpayment of wages in the amount of $1,215.81. The attachment "Explanation of Overpayment of Wages", shows the details of the amount overpaid. In order to correct the overpayment, please forward a lump sum payment to Whirlpool in the amount of $1,144.91.

If you are unable to reimburse Whirlpool prior to December 18, 2020; Income Tax implications exist because the overpayment was received in a prior year. You will be responsible for the State and Federal tax on constructive receipt of the funds, due to IRS Regulations (Publication 15).

Please review and sign the statement below indicating your understanding. Please return the signed letter and payment to:

Whirlpool Corporation
Attn: Payroll MD 2004
2000 N M-63
Benton Harbor, MI 49022

Please contact the Whirlpool HR Team at 1-888-539-2372 if you have any questions.

Your cooperation is greatly appreciated.

Sincerely.

Whirlpool HR Team
1-888-539-2372



I, Mawule Tepe, Employee ID ████, understand that I received an overpayment of wages. I further understand that I will reimburse Whirlpool by lump sum payment of $1,144.91.


Signature:

Date:

January 30, 2021

**Mawule TEPE**

3403 Peerless Road NW Apt# G

Cleveland, TN 37312

**Whirlpool Corporation**

**Attn: Payroll MD 2004**

2000 N M-63

Benton Harbor, MI 49022

Re: Overpayment HRC0786446

**OBJECT:** Request of My Personal Files,

Dear Mr./Mrs. Director of Payroll Department,

I have the honor to come respectfully to your high responsibility and to your high benevolence, to request the following personal files: (1) My login/Logout from January 1, 2018 to September 02, 2020; (2) My Kronos Time Card Submissions from January 1, 2018 to September 02, 2020; and (3) My Pay Stubs from January 1, 2018 to September 02, 2020. These personal files will help me out to find out whether or not i was overpaid during the time period of January 1, 2018 to September 02, 2020.

"Tennessee Code 8-50-108 specifies, any state employee, regardless of position or classification, shall be entitled to have access at any reasonable time to such employee's personnel files. The employee may request copies of any material contained in such personnel files, which copies shall be furnished to the employee upon the employee's payment of the cost of such reproduction". So should you need me to pay to for my personal files disclosure, please let me know how/where/when the payment needs to be made. Please provide the requested copie(s) before March 08, 2021. This will prevent any IRS Penalties & delayed response to IRS on my side.

I would therefore respectfully request you, Dear Mr./Mrs. Director of Payroll Department of Whirlpool Corporation, to kindly provide me the above personal files which will susceptibly help me out to answer your "Overpayment HRC0786446" and to provide an update to IRS as well. As I am looking forward to a favorable response to my request, please accept, Mr./Mrs. Director of Payroll Department, the expression of my deep respect and high consideration.

Sincerely yours,

Mawule TEPE

March 3, 2021

**Mawule TEPE**

3403 Peerless Road NW Apt# G

Cleveland, TN 37312

**Whirlpool Corporation**

**Attn: Payroll MD 2004**

2000 N M-63

Benton Harbor, MI 49022

Re: Overpayment HRC0786446

**OBJECT: <u>Response to the Second Notice and Request of My Personal Files</u>,**

Dear Mr./Mrs. Director of Payroll Department,

     I would like to inform you that I do not believe that l was overpaid, and I do not believe in signing the Affidavit of FICA Refund Form in the Second Notice. I would like Whirlpool and I to conduct a full discovery on all salary I received as I request in my first letter in order to shed light on the Overpayment HRC0786446 case.

     As for now, I do not believe having been overpaid. I can only believe this once we conduct a full/thorough investigation and discovery on this matter that arises. I believe having the right to obtain my personal files. I would like Whirlpool to handle this Overpayment HRC0786446 Case by March 19, 2021 and send me the confirmation once done should it do not want us to dive into this matter through files disclosure. I will be looking forward to your response.

Thank you

Sincerely yours,

Mawule TEPE

# EXHIBIT 3



**IRS** Department of the Treasury
Internal Revenue Service
Memphis, TN 38101-0069

Notice Number:
Notice Date: Nov. 1, 2021
Taxpayer Identification Numb

If you have any questions,
please call us at:
800-829-8374



MAWULE A TEPE

# THIS IS NOT A BILL

## Annual Installment Agreement Statement
### THIS IS FOR YOUR INFORMATION

This is your Annual Installment Agreement Statement. This two-part statement shows the installment-agreement activity from September 7, 2020 to September 13, 2021 for each tax period included in your agreement.

I. The **Payment Detail** page shows the payments received and where they have been applied.

- Your payments are listed by date received to assist you as you review your records. The payments are also totaled at the end of the detail, for your convenience.

- Your payments have been applied according to the terms of your agreement and in accordance with the law. For each tax year, your payments are applied first to tax, then penalty, then interest, and other charges.

II. The **Installment Agreement Activity** page shows each tax period for which you owed tax.

- The Beginning Balance is calculated as of September 7, 2020, or the date you entered a tax period into an installment agreement, if it was later. The beginning balance of each tax period includes the unpaid tax, penalty, and interest as of this calculation date.

- The Total Interest, Total Penalty and Other Charges are the amounts added during this period. Other Charges are items such as fees, refunds or adjustments.

If you'd like to pay the full amount you owe, please call us at 800-829-8374 so we may give you a current payoff figure. Your future statements will be mailed to you annually, for as long as you have installment agreement activity.

As always, we appreciate your timely payments.

# Payment Detail
### for September 7, 2020 to September 13, 2021



| Payment Date | Applied Amount | Applied to Tax Form | Tax Period |
|---|---|---|---|
| 07/26/2021 | $ 853.00- | 1040 | 12/31/2020 |
| Total Payments | $ 853.00- | | |

- **Payments received after August 26, 2021 may not appear on this statement but will be shown on your next annual statement.**

- **If you think we missed giving you credit for a payment, please call 800-829-8374 and we will be glad to resolve any discrepancies.**



# Penalty and Interest

The Penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

### Paying Late - IRC section 6651 (a) (2)

We charge penalty when your tax isn't paid on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of month you didn't pay your tax.

### Interest - IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, late paying, over or understating valuations, and substantially understating the tax you owe.

 **Department of the Treasury**
**Internal Revenue Service**
P.O. Box 9941
Stop 5500
Ogden, UT 84409

| Notice | ████████ |
| --- | --- |
| Tax Year | 2020 |
| Notice date | November 29, 2021 |
| Social Security number | ████ |
| To contact us | 877-766-2161 |
| Page 1 of 2 | 29 |



MAWULE A TEPE ████████████



Your installment for deferred payment of the employer's share of Social Security tax (Cares Act Section 2302) is due.

# Installment amount due: $126.50

Your annual installment amount due on December 31, 2021 and/or December 31, 2022, is shown on this notice.

### Payment information

| | |
| --- | --- |
| Total unpaid Social Security tax due December 31, 2021 | $126.50 |
| Total unpaid Social Security tax due December 31, 2022 | $126.50 |

## What you need to know

Section 2302 of the CARES Act allows you to defer payment of the employer share of Social Security taxes.

## What you need to do

- Pay your current installment amount by the due date shown above. Failure to pay by the due date may result in interest and failure to pay penalty.
- Pay online or mail a check or money order with the attached payment stub. You can pay online now at www.irs.gov/payments

**NOTE – This may not reflect any other balance due you may still owe on this account.** If you are on a payment plan, continue to make your normal payments.

Continued on back...

 **IRS**
## Payment

MAWULE A TEPE ████████

| Notice | ████████ |
| --- | --- |
| Notice date | November 29, 2021 |
| Social Security number | ████████ |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2020), and the form number (1040) on your payment and any correspondence.

INTERNAL REVENUE SERVICE
P.O. BOX 9941
STOP 5500
OGDEN, UT 84409

### Amount due

| | |
| --- | --- |
| | $126.50 |

████████████████

## Additional information

- For tax forms, instructions, and publications, visit www.irs.gov/forms or call 800-TAX-FORM (800-829-3676).
- If you have questions, you can call us at the number above or write to us at the address at the top of the first page. Be sure to include your Social Security number, the tax year, and the form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

# EXHIBIT 4

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of the Treasury,  Internal Revenue Service PO BOX 621505 Atlanta, GA 30362-1505 | Mawule A Tepe 3403 Peerless RD NW APT G Cleveland, TN 37312-3432 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11/1/21 & 4/6/23 | |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On April 6, 2023, I received a Notice CP49 from IRS asking me to pay $1,695.95 after having confiscated my 2022 Tax Refund of $3,552. IRS claimed having deducted my 2022 Tax Refund of out of my 2018 Tax Refund of a negative $4,246 that IRS claimed I owned even though this issue was resolved since last year 2022, and IRS deleted the 2018 tax balance of $4,246 that it believes I still owe after I filed 2018 Tax Amendment. (See attachment for more detail.) Thank you.

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

See explanation in the attached file. Thank you.

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

I am plainning to purchase home and I need my 2022 for a FHA Loan deposit purpose. Now I am forced to delay my home purchase plan. Besides I engage in a lawsuit against Whirlpool Corporation over illegal and fraudulent wage overpyment disclosure Whirlpool Corporation made to IRS. See more detail in the attached files.

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

## 12. (See instructions on reverse). AMOUNT OF CLAIM (In dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $10,656 | $49,536 | | $60,192 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | +1 423 994 3805 | 04/17/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both.  (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

**STANDARD FORM 95** (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No   | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

April 18, 2023

**Mawule TEPE**
3403 Peerless RD NW #G
Cleveland, TN 37312

**Department of the Treasury**
**Internal Revenue Service**
PO Box 621505
Atlanta, GA 30362-1505

## OBJECT: 2022 Income Tax Refund Request and Claim For Damage

To the Director/Head of Internal Revenue Service,

    I have the honor to come respectfully to your high responsibility and to your high benevolence, to request my **2022 Income Tax Refund of $3,552** which was unlawfully confiscated by IRS since first week of April 2023. Besides this, I would like submit the **Standard Form 95 to claim damages for Federal Torts**.

    On April 6, 2023, I received a Notice CP49 from IRS asking me to pay $1,695.95 after having confiscated my 2022 Income Tax Refund of $3,552. IRS claimed having deducted my 2022 Tax Refund of out of my 2018 Tax Refund of a negative $4,246 that IRS claimed I owned even though this issue was resolved since last year 2022. IRS deleted the 2018 tax balance of $4,246 that it believes I still owe after I filed 2018 Tax Amendment. (See Exhibit 2).

    Now I am surprised to see the same 2018 Income Tax Refund went once again to audit. Before confiscating my 2022 Income Tax Refund, IRS should send me a notification ahead of the time (**according to the Procedural Due Process**), and if there is anything that I need to justify or to fix we can discuss about it. My 2022 Income Tax refund confiscation is arbitrary and against the procedural due process under the Fifth Amendment. Before confiscating my property, I should

1

be giving a reasonable notification. My 2022 Income Tax Refund is my property and it should not be confiscated. Therefore, **I respectfully request an immediate refund of my 2022 Income Tax**.

Moreover, on November 1, 2021, IRS sent me an installment notification, and on November 29, 2021, I received another installment fees collection request from IRS, and I was requested to pay an installment fees of $126.50 (see **Exhibit 3**.) Both IRS letter are related to Whirlpool Corporation wage overpayment allegation.

I sought a justification from my former employer Whirlpool Corporation, but it refused to justify the wage overpayment disclosure to IRS. Whirlpool Corporation made this fraudulent and extortionist "wage overpayment" disclosure to IRS for retaliatory purposes because I files discrimination lawsuits against the corporation, and the cases are still pending resolution (see case 1:19-cv-00158 and 1:22-cv-00136; both cases are pending in U.S. district Court for the Eastern District Court of Tennessee.) Whirlpool Corporation is preventing me from accessing my personal files. I requested the disclosure of my login and logout, my pay-stubs, and my time-log & wage payment filings and Whirlpool Corporation is not willing to comply until now. It is not my responsibility to justify a fraudulent and unlawful disclosure made by Whirlpool Corporation.

Since Plaintiff is prevented from having access to his personal files, Plaintiff sent a letter to IRS requesting a suspension of any installment fees collection until the legal action Plaintiff takes against his former employer Whirlpool Corporation is resolved. If Whirlpool know its wage overpayment to IRS is legitimate and right, it should refuse to provide a response to Plaintiff's personal files' disclosure request.

I am tired of going after Whirlpool Corporation to justify its action. IRS has the obligation to compel Whirlpool Corporation to justify its wage overpayment disclosure. **For having failed**

2

**to follow the procedural due process, I respectfully request IRS to remove and delete the installment payment of request of $126.50 from my account.**

Please note that I reside in Cleveland TN, and U.S. District Court is located at Chattanooga TN. I have to drive at least 1 hour 30 minutes (round trip) depending on the traffic to make my filings, and I have to take time off at work as well. Sometimes I have to mail out my pleadings to Court and to the Defendant Whirlpool Corporation. I tired of all these, and IRS needs to take its responsibility. IRS should have asked Whirlpool Corporation supporting documents before issuing of installment payments. For having failed to so, IRS will violate my constitutional rights and the procedural due process under the Fifth Amendment. **Please see the progress of the Case no: 1:22-cv-00136 captioned *Mawule Tepe v. Whirlpool Corporation* on** . It is currently on appeal before the Court of Appeal of Sixth Circuit Court in Cincinnati, Ohio pending resolution.

### FEDERAL TORTS DAMAGES EVALUATION + PUNITIVE DAMAGES

- ❖ 2022 Income Tax Refund: .. …………………………………….. ……… $3,552
- ❖ Federal Torts & Punitive Damages: $3,552 x 3 = ……………………….. $10,656

### Pain and Suffering Evaluation for Dealing with Whirlpool Corp. & IRS since November 2021 including my travel expenses and time off:

- ❖ Per Diem in Bradley County, Tennessee is: ………….. $96
- ❖ Number of Days from 11/1/2021 to 4/1/2023: ……….. 516 days
- ❖ Pain & Suffering Damages evaluation: $96 x 516 = ……………………… $49,536

**Federal Torts Claim Damages Total: $49,536 + $10,656 = ……………… $60,192**

3

**To sum up my request, I respectfully request: (1) my 2022 Income Tax of $3,552 refunded right away, (2) a payment of $60,192 as Federal Torts Claim Damages, and (3) the cancellation of the installment of $126,5 from tax account.**

For any type of inquiry, please reach out me on my telephone number +1 423 994 3805 or via my email: _____ . As I am looking forward to your response, please accept, Mr./Mrs. Director/Head of Internal Revenue Service, the expression of my deep respect and high consideration.

Thank you.

Respectfully Submitted,

Mawule TEPE

4

Mawule TEPE

3403 Peerless RD NW #G

Cleveland, TN 37312

E-mail: tepealex2002@gmail.com

Tel: +1 423 994 3805

RECEIVED

NOV 2 0 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

November 16, 2023

U.S. District Court for the Northern District of Texas,

Clerk's Office at Dallas

1100 Commerce Street, Room 1452

Dallas, TX 75242

**Request to File a Complaint, and Summons Issuance Demand**

Dear USDC Clerk,

      I would like to file the enclosed **Complaint,** and I would like to have the Summons issued.

I will take care of the process service. Please keep one copy of the complaint and return the rest

by mailing it out back to me with the enclosed prepaid envelop. Please see the enclosed cheque of

$402 for the filing fees

Thank you.

                              Respectfully Submitted,

                              Mawule TEPE

                              Pro se Party



SEE NOTICE ON REVERSE regarding Left Press, our policy on limitation of liability. Where allowed by law, shipper authorizes UPS to act on its behalf to clear the shipment for export or import commences and

FedEx
Ground

G

FROM: Larry Ramsey  (423) 715-6897
Packaging and Shipping Specialists
120 Benham Dr

CLEVELAND TN 37312
US

TO
U.S. District Court For The Norther
District of TX, Office of the Clerk
1100 Commerce Street, Room 1452

DALLAS TX 75242
(555) 000-0000
REF: MAHULE TEPE
INV: PKG ID 77220
PO:                                    DEPT:

SHIP DATE:  .23
CAD: 114520/MSY13600
DIMED: 16 x 12 x 1 in
BILL SENDER

TRK#        7864 8641 8379

9622 0019 0 (000 000 0000) 0 00 7864 8641 8379          75242

J23482310150Iuv

583J5/F082/9AE3

(US)

D751   SAT 11/18 04:55 SM 2D 5962607      G
FISH CITY GRILL, WAXAHACHIE
1001 ENTERPRISE PKWY
WAXAHACHIE TX          75165

HOLD-2

ETP-1          RQ:PD:0:Y
9622001900004250173J8007865102505411

RECEIVED
NOV 2 0 2023
CLERK US DISTRICT COURT
NORTHERN DIST OF TX

726-8500
U.S. DISTRICT COURT FOR THE NORTHER
STE 1452
1100 COMMERCE ST
DALLAS TX     75242-1001-00    G
MON 11/20 • 10:10 2008271
ETP-1          Z08:PD:100:Y
9622001900001364824000786486411R
HL
STE
1100
USSG